**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RIGID CONSTRUCTORS LLC** | **CASE NO. 6:22-CV-06234** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MITSUI SUMITOMO MARINE MANAGEMENT USA INC., ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and having overruled the objection to the Report and Recommendation this date;

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Remand [ECF No. 14] is DENIED, and Plaintiff's claims against CRC Ins. Services, Inc., d/b/a Continental Underwriters (incorrectly named as Continental Underwriters, Ltd., LLC) are DISMISSED.

THUS DONE in Chambers on this 13th day of September, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE